UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JUSTIN LIGERI, ET AL.

v. C.A. No. 05-237S

CALIFORNIA COSTUME COLLECTIONS,
INC., a California Corporation,
ET AL.

**ORDER**

Plaintiffs were ordered by this Court to show cause in writing on or before November 4, 2005 why this case should not be dismissed against Defendants for lack of prosecution. No response having been filed, this case is hereby dismissed for lack of prosecution.

ORDER:

By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 11/7/05